IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
               Plaintiff,    )    CVB VIOLATION/MJ CASE #
                           )    5087420    (AL7)
      vs.    )
                            )
Whitney E. McIalwain    )    NOTICE OF APPEAL
                           )    3:06-cr-00012 JWS
              Defendant.    )

Notice is hereby given that **Whitney McIalwain** appeals to a U.S. District Court Judge from the:

( X )     Conviction only (Fed. R. Crim. P. 32(b)).

(    )     Conviction and sentence.

(    )     Sentence only (18 U.S.C. § 3742).

Judgment was entered on this action on: **01/03/06**.

Sentence imposed: **$80 fine (in total)**.

Transcript required (yes or no): **No**. If yes, date ordered or to be ordered: _____ (including arrangements for payment with court recorder).

Signature: **Whitney McIalwain**
Date: **01/23/06**

(Rev 1/06)

748-4640 phone
7201 Setter Drive
Anchorage, Alaska 99502

receipt # 00127483    $32.00 1-23-06 omg
TC 1-23-06 pm
Aug-06 omg