MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *WHITNEY E. McIALWAIN*

THE HONORABLE JOHN W. SEDWICK            CASE NO. 3:06-cr-00012 (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**            Date:  May 1, 2006

Appellant's notice of withdrawal of appeal at docket 5 is **ACCEPTED**.  The appeal is dismissed.  The Clerk will please close the file.